## Will PERKINS v. STATE.

### No. 15986.

Court of Criminal Appeals of Texas.
May 10, 1933.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for possessing equipment for the manufacture of intoxicating liquor; punishment, one year in the penitentiary.

Appellant entered his plea of guilty. There are no facts and no bills of exception.

The judgment will be affirmed.